# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL JAMES BLEVINS, Defendant. | Case No. CR 18-08-GF-BMM **ORDER VACATING TRIAL AND SETTING DATE AND TIME FOR CHANGE OF PLEA HEARING** |

Defendant Daniel James Blevins having filed a Motion to Enter a Guilty Plea, there being no objection from the Government and good cause appearing therefor;

IT IS HEREBY ORDERED that the Final Pretrial Conference and Jury Trial in this matter, presently set to begin on Monday, April 16, 2018, at 8:30 a.m., are **VACATED**;

IT IS FURTHER ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for the **24th day of April, 2018 at 11:00 a.m.**

DATED this 5th day of April, 2018.

_____
Brian Morris
United States District Court Judge